2 May 2024

FROM:  D█████ J. W████████

SUBJECT: Victim Impact Statement for United States v. Defendant(s) Cameron McGhee

1.  My name is D████ J. W██████, and I am writing this Victim Impact Statement for myself and my spouse, S████ L. W██████, against Cameron McGhee.

2. Cameron McGhee should be punished to the maximum extent of the law. He has caused undo psychological and emotional stress to my wife and I. He has interrupted my peers' lives and my own, for too long. He is an aggravation. He has toyed with our emotions for his own sick enjoyment. After his dishonorable discharge from the Air Force in 2018, the unrelenting texts and phone calls meant to disturb our lives worked and became a nuisance to everyone that had received them. This is when he first became an irritant to my family and I and his messaging game continued for many months. The only relief from his diabolical psychological game was after he was incarcerated for bringing firearms onto Scott Air Force (I believe it was in 2020). He started texting and calling again in 2022 (when he was released) and the new messages became more twisted and disturbing.

3. The comments made were sickening and now posed a threat to my family. It wasn't until he texted S████, that I truly became fearful of his capabilities and intent to do us harm.  While his childish behavior was a joke to me at first, it now became more serious as I do not know how he acquired my wife's name or telephone number. S████ was concerned for our family's safety. We both started losing sleep and became more on edge when we left the house. She feared that Mr. McGhee would track our family down and try to hurt us physically. I tried to ease her worries that this guy was just a maniac and couldn't hurt us. She was not convinced and even worried about him coming to her elementary school and harming the children and people there. Once the FBI became involved, they assured us that Cameron would not be able to do so. Regardless, I took the proper firearm courses and received my concealed carry license to help protect my family and ease my wife's worries if Mr. McGhee tried to harm us.

4. Cameron McGhee is a criminal and a pest and should be treated as such. He knows how to "play the system" and will do everything he can to avoid punishment. I believe he has delayed his hearings numerous times to avoid being incarcerated again. He has a warped view of right and wrong and I believe he thinks he is above retribution for the emotional and psychological harm he has caused.  I believe Cameron has done all of this for his own tasteless amusement and enjoys toying with people regardless of who they are or what the consequences may be. I will be happy that my wife and I will no longer have to live in fear or worry, and we will no longer be a part of his twisted games. We hope he is incarcerated for as long as possible.

//Signed//

D████ J. W██████ - 2 May 2024

