Shauna Fisher

7004 Claremore Drive

Saint Louis, Missouri 63121

(314) 303-8334

**RECEIVED**

**MAY 0 9 2024**

**BY MAIL**

Amendment to first letter sent on 5/1/2024

April 19, 2024

Honorable Catherine D. Perry

111 South 10th Street

Saint Louis, Missouri. 63102

RE: Cameron McGhee

Case #4:22-CR-CDP-SRW

1. Honorable Catherine D. Perry I am the mother of the defendant and I'm writing this letter due to recent events regarding my son Cameron McGhee's case. On January 9, 2024 I knew something was wrong when my Aunt and I arrived at court that day, Mr. Goldstein was talking to the Prosecutor and didn't speak to me. Mr. Goldstein eventually made his way to myself and my aunt just to say that he was recusing himself from Cameron's case. Mr. Goldstein spoke with Cameron and myself on January 6, 2024 about Cameron's next court date and what the plan was. Mr. Goldstein never mentioned quitting on Cameron when he was so close to the end, as a result Cameron and I were stunned when Mr. Goldstein recused himself. When Ms. Duffe was appointed to Cameron's case, Cameron expressed that he wanted to go forward with Mr. Goldstein's plan and that didn't happen. Mr. Goldstein told me that Cameron's case was unique, I'm not sure what he meant by that but the prosecution doesn't think so. I retained Mr. Ekiss in July of 2022 when police officers came to our house looking for Cameron while he was at work. Mr. Ekiss advised over the phone to have the police contact him, that contact was never made. Mr. Ekiss said that they were playing phone tag. Neither Mr. Ekiss, Cameron or myself knew the seriousness of the police inquiry but I felt like it was serious enough. I asked

Cameron if he wanted to go to the police station or go to the hospital. Cameron wanted to speak with the police but I thought it would be better to go to the hospital since Mr. Ekiss said not to talk to the police and to have the police contact him. Mr. Ekiss never spoke to the police to find out what they wanted, then he went out of town. By the time Cameron was released from the hospital there was already an indictment. The judge at the time appointed Mr. Ekiss to Cameron's Federal case because he was already Cameron's attorney for possibly criminal not Federal charges. Because Mr. Ekiss was out of town Federal Public Defender Mr. Andrew J. Cortopassi was at the pre trail detention hearing. Mr. Cortopassi was unaware about most of the facts surrounding Cameron's case specifically that Mr. Ekiss was Cameron's attorney, thus telling the court that Cameron didn't have an attorney. Cameron was never consulted about anything regarding his case or how Mr. Ekiss was going to handle the case. Cameron wasn't even allowed to see his discovery until almost a year after he was detained. If Mr. Ekiss had spoke with the police to find out what was going on maybe Cameron wouldn't be going through this process now. In the time that Mr. Ekiss represented Cameron he never spoke to or met with Cameron. I asked Mr. Ekiss on multiple occasions to meet with my son and it never happened, after months of the same treatment Cameron decided that he wanted another attorney counsel instead so I retained Mr. Goldstein who was paid in full upfront. It's troubling that he took our money and didn't finish the job and refused to give any of it back. Cameron was informed by Ms. Duffe that some of his rights had been waived before she was appointed to Cameron's case. Mr. Goldstein didn't consult with Cameron before doing so. Mr. Goldstein also stated on more than on one occasion that Cameron and I didn't have money without ever verifying. Your honor Cameron made a huge mistake, he was going through an emotional crisis, he had no intention of harming anyone. The lack of effective assistance of counsel from the beginning did not aid in Cameron's case. I Thank you your Honor for taking the time to consider this letter.

Respectfully,

*Shna Fish*

Shauna Fisher

Shaung Fisher
7004 Claremore Dr.
Saint Louis, Mo. 63121

SAINT LOUIS MO  630

7 MAY 2024  PM 2  L



Honorable Catherine D. Perry
Thomas F. Eagleton U.S. Courthouse
Eastern District of Missouri
111 South 10th Street
Saint Louis, Missouri 63102

RECEIVED
MAY 0 9 2024
BY MAIL

63102-112748