United Service Organizations
694 A Street
Building 1348
Travis AFB, CA 94535
(707) 437-2714



USO Bay Area

July 29, 2019

To whom it may concern,

    I am writing to you on behalf of Cameron McGhee, a previous volunteer with us here at USO Bay Area (Travis AFB center). Cameron volunteered for the USO from February-November 2018. During that time, he has volunteered for a total of 45 hours at our center. Cameron was always polite, considerate, and tentative to staff, other volunteers, and guest who entered our center. At times he would take last minute shifts when he could so the center wouldn't be shut down. He is a pleasure to have around, and he is always welcomed back to the USO center anytime.

    If you have any questions about his volunteering or anything regarding his work with the USO, please feel free to give me a call or send me an email.

Aubree Downs
USO Center Operations Specialist
694 A Street
Building 1348
Travis AFB, CA 94535

Tyree E. Miller, MSW, LCSW
Behavioral Health Services, LLC
6195 Washington Boulevard
St. Louis, MO 63112

August 21, 2022

Re: Cameron McGhee

Dear Court Officials,

My name is Tyree E. Miller and I have been a Licensed Clinical Social Worker in the State of Missouri since 1994. The purpose of this letter is to share my first-hand knowledge about Cameron McGhee that will hopefully assist the Courts in coming to a fair and just decision about his future placement.

I met Cameron while working at Normandy Senior High School as the school Social Worker in 2012, while he was in his Senior year. We became well acquainted after Cameron spent many of his lunch breaks in my office in order to avoid being bullied in the school's main cafeteria. He was very tall, docile and carried himself somewhat oddly, which were obvious signs for aggressors.

Over time, while having long discussions with Cameron and watching him interact with the student body, it was rather obvious that he lacked appropriate social and emotional skills. I later discovered that Cameron had been diagnosed with Asperger's disorder at an early age, according to his natural mother.

During his Senior year, Cameron got into trouble with a School Resource Officer who accused him of engaging in a dangerous activity while on school property, without having any evidence or proof to back up his accusation. Cameron became so upset that he verbally threatened the officer. I was there and admonished Cameron to apologize, as his behavior was socially unacceptable. Cameron refused and was ultimately given a long-term suspension.

Clinically speaking, people who are diagnosed with autism spectrum disorder display persistent deficits in social communication and social interaction over multiple contexts. This diagnosis fits Cameron McGhee perfectly. Does Cameron McGhee have a past history of violence and physical aggression?

No. Cameron has a history of avoiding physical confrontations. However, he does have a history of using his verbal skills in socially unacceptable situations, which is again, reflective of his mental health diagnosis.

It is my honest hope that Cameron McGhee receives the ongoing Behavioral Health counseling that he needs and that, as a veteran, he is assigned a Licensed Clinical Social Worker from the Veterans Administration to assess, diagnose and treat as necessary. Cameron McGhee is not a threat to anyone's physical safety except his own. His life history, if examined, clearly demonstrates my point. Being locked in a cell with hardened criminals may cause irreparable emotional and physical damage to a tall, mild-mannered, awkward young Black man with a documented intellectual disability.

*Tyree E. Miller, MSW, LCSW*       8-21-2022

Tyree E, Miller, MSW, LCSW
Behavioral Health Services, LLC

August 21, 2022